No. A–769.  ANDERSON *v.* HUMANA, INC., ET AL.  D. C. Colo. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1357.  IN RE DISBARMENT OF CARPENTER.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1104.]

No. D–1358.  IN RE DISBARMENT OF HENDERSON.  Richard Stanley Henderson, of San Diego, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on February 22, 1994 [510 U. S. 1104], is hereby discharged.

No. D–1361.  IN RE DISBARMENT OF KRASNER.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1105.]

No. D–1363.  IN RE DISBARMENT OF ERDHEIM.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1105.]

No. D–1367.  IN RE DISBARMENT OF LONDOFF.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1106.]

No. D–1368.  IN RE DISBARMENT OF SCOTT.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1106.]

No. D–1370.  IN RE DISBARMENT OF MORRIS.  Disbarment entered.  [For earlier order herein, see 510 U. S. 1106.]

No. D–1381.  IN RE DISBARMENT OF MEACHAM.  It is ordered that Jerald Samuel Meacham, of Gary, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1382.  IN RE DISBARMENT OF HARROD.  It is ordered that Samuel Glenn Harrod III, of Eureka, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.